FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0153

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 24-0153

---

WILD MONTANA; MONTANA WILDLIFE FEDERATION; AND MONTANA ASSOCIATION OF COUNTIES,

*Petitioners, Plaintiff, and Appellees/Cross-Appellants,*

v.

GREG GIANFORTE, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF MONTANA; AND CHRISTI JACOBSEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE,

*Defendants and Appellants/Cross-Appellees.*

---

## ORDER

---

Pursuant to Appellees' unopposed motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellees have until January 17, 2025, to prepare, file, and serve Appellees' opening and answer brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 23 2024